# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAVIER SALDANA,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:14-cv-00417-RCJ-WGC

**ORDER**

Before the court is respondents' motion to dismiss (#13). Petitioner has not responded, probably because he has been discharged from prison and has not provided the court with his current address. The court grants respondents' motion and dismisses the action. See LR 7-2(d), LSR 2-2.

IT IS THEREFORE ORDERED that respondents' motion to dismiss (#13) is **GRANTED**. This action is **DISMISSED** without prejudice because petitioner has failed to exhaust his available state-court remedies and because petitioner has failed to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated: April 13, 2015.

                                                     ROBERT C. JONES
                                                     United States District Judge